THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HENRY J. COGGESHALL, Appellant.

(Argued April 24, 1893; decided May 5, 1893.)

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, made December 9, 1892, which affirmed an order of Special Term granting a motion by plaintiff for the appointment of a referee.

*A. M. Mills* for appellant.

*Smith M. Lindsley* for respondent.

Agree to affirm on authority of *People* v. *Wood* (121 N. Y. 522); no opinion.

All concur.

Order affirmed.